# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV4714　　　　　　　　　　　　　　　　　　　Purchased/Filed: June 4, 2007
STATE OF NEW YORK　　UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT

---

*The New York City District Council of Carpenters Pension Fund, et al*　　　　Plaintiff

against

*Glen Rock Construction LLC*　　　　Defendant

---

STATE OF NEW YORK　　　SS.:
COUNTY OF ALBANY

　　　Jessica Miller　　　, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on　　June 14, 2007　　, at　2:00 pm　, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons, Complaint and Judges' Rules on

　　Glen Rock Construction LLC　　, the Defendant in this action, by delivering to and leaving with　　Donna Christie　　, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York,　2　true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of　40　dollars; That said service was made pursuant to Section　303 Limited Liability Company Law　.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age:　38　　Approx. Wt:　145　　Approx. Ht:　5'5"
Color of skin:　White　　Hair color:　Blonde　　Sex:　F　　Other:

Sworn to before me on this

15th day of　　June, 2007

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

Jessica Miller

Invoice•Work Order # SP0705012

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**