UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY         07 CV 4714 (MGC)
DISTRICT COUNCIL OF CARPENTERS ANNUITY          ECF CASE
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN        **NOTICE OF MOTION**
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and NEW YORK CITY
AND VICINITY CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE and
PAUL O'BRIEN, as TRUSTEES,

           Plaintiffs,
   -against-

GLEN ROCK CONSTRUCTION LLC.,

           Defendant.
------------------------------------------------------------------X
C O U N S E L :

  PLEASE TAKE NOTICE, that upon the annexed affidavit of Andrew GraBois, Esq. sworn to on July 31, 2007, the stipulated facts and exhibits annexed thereto, and upon all pleadings and proceedings heretofore and herein, the undersigned, on behalf of the plaintiffs, will move this Court before the Honorable Miriam G. Cedarbaum, United States District Court Judge at the United States Courthouse, Southern District of New York, located at 500 Pearl Street, Courtroom 14-A, New York, New York 10007, at a date and time to be set by the Court, for an Order granting plaintiffs' motion for default judgment, and for such other and further relief as the Court deems proper and just.

Dated: New York, New York
    July 31, 2007

                Yours, etc.,

                O'DWYER & BERNSTIEN, LLP

          By: _____
             ANDREW GRABOIS, ESQ.
             Attorney for Plaintiffs
             52 Duane Street, 5th Floor
             New York, New York 10007
             (212) 571-7100

TO: Glen Rock Construction LLC.
142 West 36th Street, Suite 408
New York, NY 10018