STATE OF NEW YORK      )
                       :SS.:
COUNTY OF NEW YORK     )

ALLISON ROTHMAN, being sworn, says: I am not a party to the action, am over 18 years of age and reside in New City, NEW YORK.

On the 31st day of July, 2007, I served the within **NOTICE OF MOTION and SUPPORTING DOCUMENTATION** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following persons at the last known address set forth after each name below:

TO:   Glen Rock Construction LLC
      142 West 36th Street, Suite 408
      New York, NY 10018

*Allison Rott*
ALLISON ROTHMAN

Sworn to before me this
31st day of July, 2007

_____
NOTARY PUBLIC

JASON FUIMAN
Notary Public, State of New York
No. 02FU6104740
Qualified in New York County
Commission Expires January 26, 2008