STATE OF NEW YORK   )
                    :SS.:
COUNTY OF NEW YORK  )

IAN K. HENDERSON, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Queens, New York. On the 27th day of August, 2007, I served plaintiffs' **NOTICE OF MOTION and SUPPORTING DOCUMENTATIONS** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after the name below:

TO:   Glen Rock Construction LLC.
      142 West 36th Street, Suite 408
      New York, NY 10018

                                                       _____
                                                       IAN K. HENDERSON

Sworn to before me this
27th day of August, 2007

_____
NOTARY PUBLIC

JASON FUIMAN
Notary Public, State of New York
No.02FU6104740
Qualified in New York County
Commission Expires January 26, 20___